UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tim Mackey et al.,

    Plaintiffs,

v.                                                                    **ORDER**
                                                                                  Civil No. 13-1191(MJD/TNL)

Andrew Jutila d/b/a AJ's Companies,

    Defendant.
_____

    Carl S. Wosmek, Amy L. Court and Christy E. Lawrie, McGrann Shea Carnival Straughn & Lamb, Chartered, Counsel for Plaintiffs.

    Defendant is *pro se.*
_____

    By Order dated April 21, 2014, Defendant was ordered to show cause why he should not be held in civil contempt for failing to obey the Court's Orders dated November 14, 2013 and March 7, 2014 and to show cause why the Court should not impose daily fines, costs and attorney's fees and/or imprisonment until he complies with the Court's Orders.  The Defendant was ordered to appear before this Court on May 22, 2014, in Courtroom 1 at the United States District Courthouse in Duluth, Minnesota.  Defendant did not appear at the May 22, 2014 hearing.

1

IT IS HEREBY ORDERED that the Defendant is held in civil contempt for failing to obey the Court's Orders dated November 14, 2013 and March 7, 2014 and a bench warrant for the Defendant's arrest will issue ten days from the date of this Order unless the Defendant purges the contempt on or before ten days from the date of this Order.

Date: May 23, 2014

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court
